**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dov K. Avni v. Dosohs I, Ltd.

Appellate case number:   01-15-00459-CV

Trial court case number:  2012-07323

Trial court:              157th District Court of Harris County

On June 13, 2016, appellant Dov K. Avni filed a motion to recuse Justice Harvey Brown. Justice Brown declined to recuse and referred the motion to the en banc Court. *See* TEX. R. APP. P. 16.3(b). The en banc Court denies the motion.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                  ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Huddle and Lloyd. Justice Brown not participating.

Date:  July 7, 2016